Matter of Krinsky (2023 NY Slip Op 06790)

Matter of Krinsky

2023 NY Slip Op 06790

Decided on December 28, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 28, 2023

PM-284-23
[*1]In the Matter of Pery D. Krinsky, a Disbarred Attorney. Attorney Grievance Committee for the Third Judicial Department, Petitioner; Pery D. Krinsky, Respondent. (Attorney Registration No. 4084844.)

Calendar Date:September 18, 2023

Before:Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and Ceresia, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for petitioner.
Law Offices of Michael S. Ross, New York City (Michael S. Ross of counsel), for respondent.

Motion by respondent, returnable September 18, 2023, for leave to reargue (see CPLR 2221 [d]) and seeking to vacate this Court's prior order disbarring respondent (Matter of Krinsky, 219 AD3d 1014[3d Dept 2023]); for an order directing that disciplinary proceedings continue against respondent; and such other and further relief as this Court deems fair and proper.
Upon reading the motion papers filed by respondent on September 1, 2023, the opposition papers filed by petitioner on September 14, 2023 and the reply papers filed by respondent on September 18, 2023, and having determined that this Court did not overlook or misapprehend any matters of fact or law in its prior order, it is
ORDERED that respondent's motion for leave to reargue is denied.
Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and Ceresia, JJ., concur.